**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____ **DIVISION**

MA. ANAHAW A. PEASEL
_____

_____

_____

**NAME OF THE PLAINTIFF OR PLAINTIFFS**
(Enter above the full names of each
plaintiff in this action.)
                    - vs -

TRANS STATES AIRLINES
_____

_____

_____

**NAME OF THE DEFENDANT OR DEFENDANTS:**
(Enter above the full name of ALL
defendant(s) in this action.  Fed.
R. Civ. P. 10(a) requires that the
caption of the <u>complaint</u> include
the name of all the parties.  Please
attach additional sheets if
necessary.)

```
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
```

**FILED**

NOV 1 6 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

Case No.

EEOC #28EA500467
FEPA # E-12/04-27846

4:05CV02172AGF

<u>**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**</u>

1.  This action is brought pursuant to Title VII of the Civil

Rights Act of 1964, as amended, for employment discrimination.

Jurisdiction is specifically conferred on the Court by 42 U.S.C. §

2000e-5.  Venue is proper in this district under 42 U.S.C. § 2000e-

5(f)(3).

2.  Plaintiff MA. ANAHAW A. PEASEL
                (name of plaintiff)

resides at: 14001 S. HARVEY AVE., OKLAHOMA CITY
             (street address)          (city)

OKLAHOMA , 73170 .
 (state)      (ZIP code)

Phone: ( 405) 7993376 .

3.   The defendant ___TRANS STATES AIRLINES___
(name of defendant)

is an employer, employment agency, or labor organization, as

defined in 42 U.S.C. § 2000e, and lives at or its place of business
is located at:  *SUITE 340*
___11495 NATURAL BRIDGE ROAD___, ___BRIDGETON___,
(street address)          (city)

___ST. LOUISE___, ___MO___, ___63044___.
(county)          (state)          (zip code)

**NOTE:  IF THERE IS MORE THAN ONE PERSON FILING THE COMPLAINT OR IF
YOU ARE SUING MORE THAN ONE PERSON OR COMPANY, PLEASE ADD THE NAMES
AND ADDRESSES OF THE ADDITIONAL PERSONS OR COMPANIES ON A SEPARATE
SHEET OF PAPER.   COPY THE LANGUAGE IN PARAGRAPHS 2 AND 3 FOR
ADDITIONAL PLAINTIFFS OR DEFENDANTS.**

4.   The address at which plaintiff sought employment or was

employed by the defendant(s) is: *SUITE 340 11495 NATURAL BRIDGE ROAD*,
(street address)

___BRIDGETON___, ___ST. LOUISE___, ___MO___, ___63044___.
(city)          (county)          (state)          (zip code)

5.   Defendant discriminated against the plaintiff in the

manner indicated in paragraphs 9 and 10 of this complaint on or

about: ___NOVEMBER___ ___10___ ___2004___.
(month)          (day)          (year)

6.   Plaintiff filed charges against the defendant with the

Missouri Commission on Human Rights, charging defendant with the

acts of discrimination indicated in paragraphs 9 and 10 of this

complaint, on or about ___DECEMBER___ ___13___ ___2004___.
(month)          (day)          (year)

2

7. Plaintiff filed charges against the defendant with the

Equal Employment Opportunity Commission, charging defendant

with the acts of discrimination indicated in paragraphs 9 and 10 of
this complaint, on or about ___DECEMBER___ __13__ ___2004___ .
                                (month)        (day)      (year)

8. The Equal Employment Opportunity Commission issued a

Notice of Right to Sue Letter which was received by the plaintiff

on ___SEPTEMBER___ __15__ ___2005___ , a copy of which is attached to
   (month)      (day)     (year)

this complaint.

9. The acts that I complain of in this suit, concern

defendant's:

     (a) _____ failure to employ me.

     (b) _____ termination of my employment.

     (c) _____ failure to promote me.

     (d) _____ other acts (specify): ___HARASSMENTS,___

___DISCRIMINATION, RETALIATION JOB TERMINATION___

_____

_____

10. Defendant's action(s), as stated in paragraph 9, is

discriminatory with respect to the following:

     (a) _____ my race.         (d) _____ my national
                                               origin

     (b) _____ my religion.    (f) _____ other (specify)

                                      ___DUE TO COMPLAINS FILED___

     (c) _____ my sex.                  ___WITH HUMAN RIGHTS AND UNION.___

3

11.   The circumstances under which defendant(s) discriminated against the plaintiff were as follows (Note: if you are suing more than one defendant, please complete this question with regard to each of the named defendants): TRANS STATES AIRLINES BEGUN RETALIATING ME AFTER I FILED COMPLAINTS WITH EEOC, FEPA AND GRIEVANCES WITH TEAMSTERS 618 UNION REGARDING HARASSMENTS, DISCRIMINATION AND RETALIATIONS AT WORK. BEFORE MY ARBITRATION LAST 21ST OF SEPTEMBER OF THE CURRENT YEAR, I WAS OFFERED MONETARY AND OTHER SETTLEMENTS BY THE COMPANY THROUGH THE UNION IN ORDER NOT TO PURSUE THE ARBITRATION. I DECLINED THE OFFER AT THAT TIME AND PROCEEDED WITH THE ARBITRATION (RESULTS OF IT IS STILL IN PROCESS). LAST 10-12-2005 COMPANY MADE SETTLEMENT OFFERS AGAIN AND ASKING ME TO RESIGN AND FAX MY RESIGNATION THAT SAME DAY. I ACCEPTED THE OFFERS AND FAXED MY RESIGNATION THAT DAY 12TH OF OCTOBER, AFTER THEY RECEIVED MY RESIGNATION THE UNION INFORMED ME THAT THE COMPANY TERMINATED ME EFFECTIVE 10-13-2005 AND AM NO LONGER ENTITLED TO ANY KIND OF SETTLEMENT INCLUDING MY VACATION PAY SINCE THEY TERMINATED ME.

(Attach additional sheets as necessary.)

4

12. The acts set forth in paragraph 9 of this complaint are:

(a) _____ still being committed by the defendant.

(b) _____ are no longer being committed by the defendant.

(c) _____ may still be being committed by the defendant.

13. Plaintiff attaches to this complaint a copy of the

charges filed with the Equal Employment Opportunity Commission, and submits said charges as a brief statement of the facts

supporting this complaint.


Wherefore, plaintiff prays for (state what relief is sought):

*SETTLEMENT OFFERS PROMISED TO ME : $7500, VACATION PAY,*

*CLEAR MY RECORDS STATEMENTS, PAY FOR HOURS LOST*

*BACK PAY, MONETARY AND OTHER DAMAGES PAY AND LEGAL FEES,*

*ELSE THE COURT DEEMS JUST AND PROPER.*

and such other relief as the Court would allow under Title VII of

the Civil Rights Act of 1964, as amended.

Signed this __13__ day of __OCTOBER__, 20 __05__ .

_____

_____

Signature of Plaintiff(s)