UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANAHAW A. PEASEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV2172 AGF |
| | ) |
| TRANS STATES AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's unopposed motion to amend the complaint and add a party is **GRANTED**. [Doc. #21]. Plaintiff shall take steps promptly to effect service on the new Defendant.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of May, 2006.