# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| MA. ANAHAW A. PEASEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV02172 AGF |
| | ) | |
| TRANS STATES AIRLINES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiff's unopposed motion to quash the subpoenas duces tecum issued by Defendant Trans States Airlines, Inc., ("Trans States") to Plaintiff's present employer and a former employer. Plaintiff alleges in this action that Trans States discriminated and retaliated against her in violation of Title VII of the Civil Rights Act of 1964. From a review of the attachment, it appears that the subpoenas at issue, in some respects, are not sufficiently limited to matters discoverable under Federal Rule of Civil Procedure 26(b)(1). Defendant Trans States did not respond to the motion. As such, the Court will not guess as to the relevance of the documents requested and will not rule on what portions of the requested documents may be discoverable.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's unopposed motion to quash the challenged subpoenas duces tecum issued by Defendant Trans States is **GRANTED**.

This Defendant is free to issue new subpoenas that are properly tailored.  [Doc. #29].

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of July, 2006.