UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANAHAW A. PEASEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV02172 AGF |
| ) | |
| TRANS STATES AIRLINES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's Motion for Extension of Time to File Pretrial Compliance (Doc. #73) is hereby **Granted**, as follows:

(a) The parties shall have until **Monday, October 22, 2007** to file their initial pretrial materials, including any stipulations and initial motions in limine.

(b) Objections and any further motions in limine shall be filed by **Monday, October 29, 2007**.

(c) The Court shall hold a final pretrial conference on **Thursday, November 1, 2007 at 3:00 p.m.** Counsel are required to attend. The parties shall be prepared at that time to argue any objections or motions in limine.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of October, 2007.