UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MA ANAHAW A. PEASEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV2172 AGF |
| | ) |
| TRANS STATES AIRLINES, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Memorandum and Order filed herein on March 17, 2008,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered against Plaintiff on all claims.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of April, 2008.