UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MA. ANAHAW A. PEASEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV2172 AGF |
| | ) |
| TRANS STATES AIRLINES, INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on two motions filed by Plaintiff asking the Court to vacate and reconsider its Memorandum and Order of March 17, 2008. In that Memorandum and Order, the Court concluded that Plaintiff and Defendant Trans States Airlines, Inc. ("TSA") had reached a valid settlement agreement. The Court also delineated the terms of that agreement.

In her motions, Plaintiff requests the Court to vacate its Order enforcing the settlement reached and set the case for trial. Upon review of Plaintiff's motions, however, the Court finds that none of the grounds raised by Plaintiff warrant vacating or reconsidering this Court's March 17, 2008 Order. Further, the Court notes that many of Plaintiff's concerns appear to arise out of a misapprehension that she must sign and be bound by all of the terms of the written release and agreement presented to her by TSA, which agreement was marked as TSA's Exhibit 1 at the hearing held in this case on January 17, 2008, and referenced in this Court's March 17, 2008 Order. This is not the case. Plaintiff need not sign any document at this point, but both she and TSA are bound

by the terms of the agreement found enforceable in this Court's Order of March 17, 2008. The terms by which both parties are bound are the terms contained in Exhibit 1, as expressly amended in this Court's Order of March 17, 2008.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motions to vacate and for reconsideration are **DENIED**.  [Doc. #105 and Doc. #106].


*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of May, 2008.