UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MA. ANAHAW A. PEASEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV2172 AGF |
| ) | |
| TRANS STATES AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on a letter dated May 28, 2008, sent by Plaintiff to chambers. The Court construes the letter as a motion to enforce the settlement agreement approved by the Court in this case, and hereby directs the Clerk's Office to file the letter as such. Plaintiff, who is now proceeding pro se, is advised that the Court does not accept letters from parties. All future filings concerning the case must be properly filed with the Clerk's Office in compliance with the Federal Rules of Civil Procedure. The proper case caption must be used, and a certificate of service on opposing counsel must be included in every filing. Any future letters or documents sent by Plaintiff which do not comply with the Federal Rules shall be returned to her. Plaintiff is also instructed not to call chambers directly, but to direct any inquiries she may have to the Clerk's Office.

The Court notes that Plaintiff's present filing does not stop the running of her time to file a notice of appeal from the Court's Judgment in this case and/or from the denial of the motions to vacate and for reconsideration.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of June, 2008.